UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL SHANE CATES,<br><br>                  Petitioner,<br><br>    v.<br><br>JEFFREY UTTECH,<br><br>                  Respondent. | Case No. C18-157 RAJ-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner's application to proceed in forma pauperis, Dkt. 9, is **GRANTED**. The Clerk of Court is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to provide a copy of this Order to petitioner.

DATED this 9th day of February, 2018.

                                                    BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge